IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JASON F., | ) | |
| | ) | CIVIL ACTION NO. 1:26-cv-00129 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE VASCURA |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF No. 11). For good cause shown, the Motion is **GRANTED**. It is hereby **ORDERED** that judgment is entered in favor of Plaintiff, reversing the Commissioner's decision under sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§ 405(g), with remand of the cause to the Commissioner for further administrative proceedings. This case is being remanded on the merits to permit the Administrative Law Judge to give further consideration to Plaintiff's residual functional capacity. On remand, the Administrative Law Judge will further consider Plaintiff's claim, including offering Plaintiff a new hearing, reevaluating his residual functional capacity, taking any further action necessary to complete the administrative record, and issuing a new decision.

**IT IS SO ORDERED.**

s/ *Chelsey M. Vascura*
_____

CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE